United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-41394
Summary Calendar
_____

TAREEQ MUHAMMAD AKBAR,

                              Petitioner-Appellant,

versus

56TH DISTRICT COURT,

                              Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:04-CV-324
--------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Tareeq Muhammad Akbar, inmate # 255438 in the Galveston
County Jail, appeals the district court's dismissal of his
petition for mandamus.  This court will not review Akbar's claims
that his due process rights were violated at the revocation
hearing, that his arrest for murder was the result of racial
profiling, or that his guilty plea was invalid because he did not
present these claims to the district court.  See Yohey v.
Collins, 985 F.2d 222, 224 (5th Cir. 1993).

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because Akbar did not properly brief his claim that he is being denied a speedy trial, this court will not review that issue. Id. Even if this court construes Akbar's brief as raising a speedy trial claim, he is not entitled to mandamus relief on that claim because 28 U.S.C. § 2241 offers him another means of relief once he exhausts his state court remedies. See Dickerson v. Louisiana, 816 F.2d 220, 228 (5th Cir. 1987).

Accordingly, the judgment of the district court is AFFIRMED.